IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>BEAD CHAN,<br><br>    Defendant. | 8:22CR129<br><br>ORDER |

  This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 277). Counsel needs additional time to prepare for trial but are engaged in good faith efforts to resolve this case without a trial. For good cause shown,

  IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 277) is granted as follows:

1. The jury trial now set for August 28, 2024, is continued to **October 21, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 21, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 26th day of August 2024.

BY THE COURT:

*/s/ Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge